**ORIGINAL**

1  BOLINGER & ASSOCIATES
   A Professional Corporation
2  2300 Contra Costa Blvd., Suite 285
   Pleasant Hill, CA  94523
3  Phone: (925) 671-2200

4  Michael S. Morse, SBN 164146
   Kenneth W. Bolinger, SBN 55477
   Attorneys for Plaintiff
5  Our File No. 254328/60

FILED

2006 OCT -2  AM 10: 31

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 ALLSTATE INSURANCE COMPANY,      )   CASE NO.: 05CV1890JM(NLS)
                                    )
11              Plaintiffs,         )
                                    )   **NOTICE OF DIMISSAL**
12 v.                               )   **[████████ ORDER]**
                                    )
13 UNITED STATES OF AMERICA,        )
   and                              )
14 DOES ONE THROUGH TEN,            )
                                    )
15              Defendants.         )
   _____)

16

17      The above-captioned action is hereby dismissed with

18 prejudice in its entirety and, upon approval by the Court as

19 provided below, the Clerk of the Court is requested to enter this

20 dismissal in the official docket.

21 Dated: September 19, 2006           BOLINGER & ASSOCIATES

22

23                                     _____
                                       MICHAEL S. MORSE
24                                     Attorney for Allstate

        IT IS SO ORDERED.
25 Dated: September 29, 2006           _____
26                                     U.S. DISTRICT COURT JUDGE

27                             -1-

Notice of Dismissal
[proposed order]